```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
In Re: THE ROMAN CATHOLIC DIOCESE OF     :
ROCKVILLE CENTRE, NEW YORK,              :   23cv6281 (DLC)
                                         :
                    Debtor,              :   ORDER
---------------------------------------- :
                                         :
CLAIMANT NO. 90526,                      :
                                         :
                    Appellant,           :
                                         :
           -v-                           :
                                         :
THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE  :
CENTRE, NEW YORK,                        :
                                         :
                    Appellee.            :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Appellant filed this bankruptcy appeal on July 20, 2023. Also on July 20, appellant filed a designation of items to be included in the record on appeal and statement of issues pursuant to Fed. R. Bankr. P. 8009(a). That designation included Claim Form No. 90526, claimant's confidential sexual abuse proof of claim form, which was designated as "confidential" and maintained under seal by the Claims Agent by Order of the Bankruptcy Court.

Pursuant to Fed. R. Bankr. P. 8009(f), a party that designates a sealed document as part of the record on appeal must "file a motion with the court where the appeal is pending

to accept the document under seal." Fed. R. Bankr. P. 8009(f). "If the motion is granted, the movant must notify the bankruptcy court of the ruling, and the bankruptcy clerk must promptly transmit the sealed document to the clerk of the court where the appeal is pending." Id. Appellant did not file a Rule 8009(f) motion with this Court.

On August 4, 2023, the appellant filed his opening brief. Appellant attached the appeal record as an appendix to his appellant brief, including Claim Form No. 90526. Accordingly, it is hereby

ORDERED that the Clerk of Court is directed to restrict access to Attachment 1 of the appellant's August 4 opening brief (ECF No. 11) to the selected party viewing level.

IT IS FURTHER ORDERED that appellant is directed to re-file Attachment 1 of his opening brief with proposed redactions. Appellant shall consult and comply with the Southern District of New York's ECF Rules and Instructions, section 6, as well as this Court's Individual Practices in Civil Cases, section 8.

Dated:   New York, New York
         September 28, 2023

_____
DENISE COTE
United States District Judge