```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In Re: THE ROMAN CATHOLIC DIOCESE OF    :
ROCKVILLE CENTRE, NEW YORK,             :    23cv6281 (DLC)
                                        :
                    Debtor,             :    ORDER
----------------------------------------:
                                        :
CLAIMANT NO. 90526,                     :
                                        :
                    Appellant,          :
                                        :
            -v-                         :
                                        :
THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE :
CENTRE, NEW YORK,                       :
                                        :
                    Appellee.           :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 4, 2023, appellant filed his opening brief in this bankruptcy appeal. Appellant attached the appeal record as an appendix to his appellant brief, including Claim Form No. 90526, claimant's confidential sexual abuse proof of claim form, which was designated as "confidential" and maintained under seal by the Claims Agent by Order of the Bankruptcy Court. An Order of September 28 instructed the Clerk of Court to restrict access to the claim form (ECF No. 11, Attachment 1) to the selected party viewing level, and ordered the appellant to re-file, publicly, a redacted version.

On October 4, 2023, appellant re-filed his opening brief and its attachments under seal. Accordingly, it is hereby

ORDERED that, by **October 20, 2023**, appellant is directed to re-file Attachment 1 of his opening brief publicly, with proposed redactions. The papers may be redacted only to the extent necessary to safeguard the sexual abuse proof of claim form. Appellant shall consult and comply with the Southern District of New York's ECF Rules and Instructions, section 6, as well as this Court's Individual Practices in Civil Cases, section 8.

Dated:   New York, New York
         October 12, 2023

                                  _____
                                       DENISE COTE
                                  United States District Judge